UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case No.: 10 B 40067 |
| | ) | |
| DONNA MALONE, | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) ) | | |

ORDER EXTENDING TIME FOR THE U.S. TRUSTEE
TO OBJECT TO DISCHARGE

This cause coming to be heard on the routine motion of the United States Trustee for an additional extension of time to file an objection to discharge, due notice having been given:

IT IS HEREBY ORDERED that the last day for the U.S. Trustee to file a complaint objecting to Debtor's discharge is extended through and including ~~May 2, 2011~~ June 7, 2011. FINAL EXTENSION.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 14 MAR 2011

**Prepared by counsel of Movant:**

Denise DeLaurent, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(312) 886-3326

Rev:20081125