IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceeding |
| | ) | |
| DONNA MALONE | ) | |
| | ) | Case No. 10-40067 |
| Debtor. | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| | ) | |

**OBJECTION TO REPUBLIC BANK OF CHICAGO'S SECOND
MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE**

NOW COMES Donna Malone, the debtor in the above-captioned bankruptcy case ("Malone"), by and through Gregory J. Jordan, Mark R. Zito and the law firm of Jordan, Kowal & Apostol LLC, her counsel, in objection to the Objection to Republic Bank of Chicago's Third Motion to Extend Time to Object to Discharge.

Republic Bank of Chicago ("Republic Bank") has filed for the third time a request to extend the date by which it could file a complaint objecting to the Malone receiving a discharge. As in the prior motions, Republic Bank asserts that it continues to investigate the Debtor's involvement in the alleged fraud relating to the EAR Bankruptcy (Motion at ¶9) and indicates that a pivotal question is whether Malone executed certain documents delivered to Republic Bank (Motion at ¶8). In truth, Malone is not aware of any effort to investigate the occurrence.

At the end of December 2010, Republic Bank filed its initial request for an extension of time within which to object to Ms. Malone's discharge. On December 30, 2010 at 12:02 pm, Malone, through counsel and in response to that motion, offered to cooperate and make herself available to Republic Bank. See December 30, 2010 E-mail attached as Exhibit A attached hereto.

-1-

Despite this offer, Malone has never heard from Republic Bank since that date. At the hearing on Republic Bank of Chicago's Second Motion to Extend Time to Object to Discharge, Malone advised this Court that she had never heard from Republic Bank concerning any matter. As a result, this Court advised Republic Bank that the order entered on March 9, 2011 was the final extension of the deadline for filing an objection to Ms. Malone's discharge. The Court added the word "FINAL" on the order to confirm its ruling. See, March 9, 2011 Order attached as Exhibit B hereto.

The final deadline by which Republic Bank had to file its complaint passed on June 7, 2011. Republic Bank has not filed an adversary complaint with regard to Malone. As such, this Court should deny Republic Bank of Chicago's Third Motion to Extend Time to Object to Discharge.

Under both Rule 4004, as to actions relating to §727, and Rule 4007 of the Federal Rules of Bankruptcy Procedure, as to actions relating to §523, the movant must show cause for the extension. Cause cannot does not exist in this instance, since (a) Republic Bank has not done anything to contact Ms. Malone to obtain documents, obtain testimony or otherwise determine facts that might support a claim against Ms. Malone, and (b) the deadline imposed by this Court by which has passed.

WHEREFORE, Donna Malone respectfully requests this Court deny Republic Bank of Chicago's Third Motion to Extend Time to Object to Discharge and grant such other relief as the Court deems just and proper.

Respectfully submitted,

**DONNA MALONE**

By:  __/s/ Gregory J. Jordan____
One of Her Attorneys

Gregory J. Jordan (ARDC# 6205510)
Mark Zito (ARDC# 6276231)
Jordan, Kowal & Apostol LLC
222 South Riverside Plaza, Suite 1550
Chicago, IL 60606
(312) 854-7181 (Telephone)
(312) 276-9285 (Facsimile)